WILLIAM B. BIDDLECOM, Appellant, *v.* PLINEY NEWTON, as Supervisor, etc., Respondent.

(Argued April 20, 1882 ; decided May 30, 1882.)

*Francis Kernan* for appellant.

*Levi H. Brown* for respondent.

MILLER, J., reads for affirmance; DANFORTH and RAPALLO, JJ., concur ; ANDREWS, Ch. J., concurs in result; EARL and FINCH, JJ., dissent on authority of *First Nat. Bank* v. *Wheeler* (72 N. Y. 201), and cases therein cited.

Judgment affirmed.